# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUDITH BIELEWICZ, <br><br> Plaintiff, <br><br> v. <br><br> PENN-TRAFFORD SCHOOL DISTRICT ; SCOTT INGLESE, both in his individual capacity and as principal of Penn-Trafford High School; DEBORAH KOLONAY, both in her individual capacity and as Superintendent of Penn-Trafford School District; HARRY SMITH, both in his individual capacity and as assistant superintendent of Penn-Trafford School District, <br><br> Defendants. | Civil Action No. 10 - 1176 <br><br> Judge Terrence F. MvVerry / Chief Magistrate Judge Lisa Pupo Lenihan |

## ORDER

The Complaint in the above captioned case was received by the Clerk of Court on September 3, 2010, and was referred to Chief United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. §636(b)(1), and Local Rules of Court 72.C and 72.D.

The Magistrate Judge's Report and Recommendation (ECF. No. 10), filed on February 9, 2011, recommended that the Motion to Dismiss filed by defendants (ECF No. 6) be granted with respect to plaintiff's claims of punitive damages and denied as to all other claims. The parties were advised they were allowed fourteen (14) days from the date of service to file written objections to the report and recommendation. No objections have been filed. After review of the pleadings

and documents in the case, together with the report and recommendation, the following order is entered:

**AND NOW**, this 13th day of April, 2011;

**IT IS HEREBY DERED** that Defendants' Motion to Dismiss (Doc. No. 6) is **GRANTED** with respect to plaintiff's claims of punitive damages and **DENIED** in all other respects.

**IT IS FURTHER ORDERED** that the Report and Recommendation (Doc. No. 10) of Chief Magistrate Judge Lenihan, dated February 9, 2011, is adopted as the opinion of the court.

By the Court:

s/ Terrence F. McVerry
United States District Judge

cc: Lisa Pupo Lenihan
United States Magistrate Judge

Counsel of record