IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUDITH BIELEWICZ,<br>      Plaintiff, | )<br>)<br>) |
| vs. | ) Civil Action No. 10-1176<br>)<br>) Judge Terrence F. McVerry<br>) Magistrate Judge Maureen P. Kelly |
| PENN-TRAFFORD SCHOOL DISTRICT;<br>SCOTT INGLESE, both in his individual<br>capacity and as principal of Penn-Trafford<br>High School; DEBORAH KOLONAY,<br>both in her individual capacity and as<br>Superintendent of Penn-Trafford School<br>District; HARRY SMITH, both in his<br>individual capacity and as assistant<br>superintendent of Penn-Trafford School<br>District,<br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## O R D E R

AND NOW, this 27th day of March, 2013, after the Plaintiff, Judith Bielewicz, filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties until February 15, 2013, to file written objections thereto, and no objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the Motion for Summary Judgment [27] is granted as to Plaintiff's First Amendment retaliation claim. As a result, this Court declines to exercise supplemental jurisdiction over the pendent state law claim of violation of the

Pennsylvania Whistleblower Law.

    IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order a notice of appeal, as provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court, at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

              s/ Terrence F. McVerry
              United States District Judge

cc:  Honorable Maureen P. Kelly
    United States Magistrate Judge

    All Counsel of Record by electronic filing